# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

AVERY CHURCH, JR.,

    Petitioner,

vs.

STATE OF NEVADA, et al.,

    Respondents.

Case No. 3:11-cv-00904-RCJ-VPC

**ORDER**

    The court dismissed this action as untimely. Order (#17). Before the court are petitioner's motion for relief from judgment (#19), respondents' opposition (#23), and petitioner's reply (#24). Petitioner's motion does not contain any new information or argument that differs from his opposition to respondents' motion to dismiss (#13). The court agrees with respondents that petitioner is simply expressing disagreement with the court's decision. The court has reviewed its earlier decision, and nothing would cause the court to depart from it.

    IT IS THEREFORE ORDERED that petitioner's motion for relief from judgment (#19) is **DENIED**.

Dated this 3rd day of January, 2014.

                                                ROBERT C. JONES
                                                Chief United States District Judge